UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVI AVELAR DE MEDERIOS,

Petitioner,

v.

WARDEN CALIFORNIA CITY
CORRECTIONAL CENTER,

Respondent.

No.  1:26-cv-03285-TLN-SCR

**ORDER**

Petitioner, a federal immigration detainee representing who is himself, filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.[1]  (ECF No. 8.)  Neither party filed objections to the findings and recommendations.

The Court presumes any findings of fact are correct.  *See Orand v. United States*, 602 F.2d

---

[1] Though the docket shows service by mail of the findings and recommendations to Petitioner was returned as undeliverable, pro se parties are under a continuing duty to notify the Clerk of any change of address, and absent such notice, service to the address of record is deemed fully effective.  *See* Local Rule 182(f),

1

207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations (ECF No. 8) are ADOPTED in full.

2.    Respondent's motion to dismiss (ECF No. 5) is GRANTED.

3.    Petitioner's petition for a writ of habeas corpus (ECF No. 1) is DISMISSED as moot based on Petitioner's voluntary departure from the United States.

4.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: May 29, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE